HINKLE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 25-20157 TLP-tmp |
| v. ) | |
| ) | 18 U.S.C. § 115(a)(1)(B) |
| JUSTIN DESHUN STIGER ) | |
| ) | |
| Defendant. ) | |

## I N D I C T M E N T

**THE GRAND JURY CHARGES:**

### COUNT ONE

On or about April 16, 2025, in the Western District of Tennessee, the defendant,

**JUSTIN DESHUN STIGER**

did threaten to murder Mark S. Norris, a United States District Judge, with intent to impede, intimidate, and interfere with Judge Mark S. Norris while he was engaged in the performance of his official duties, and with intent to retaliate against Judge Mark S. Norris on account of the performance of his official duties.

In violation of Title 18, United States Code, Section 115(a)(1)(B).

### COUNT TWO

On or about April 16, 2025, in the Western District of Tennessee, the defendant,

**JUSTIN DESHUN STIGER**

did threaten to murder Gregory Allen, an Assistant United States Attorney, with intent to impede, intimidate, and interfere with Gregory Allen while he was engaged in the performance of his

official duties, and with intent to retaliate against Gregory Allen on account of the performance of his official duties.

In violation of Title 18, United States Code, Section 115(a)(1)(B).

### COUNT THREE

On or about April 16, 2025, in the Western District of Tennessee, the defendant,

**JUSTIN DESHUN STIGER**

did threaten to murder Bryce Phillips, an Assistant United States Attorney, with intent to impede, intimidate, and interfere with Bryce Phillips while he was engaged in the performance of his official duties, and with intent to retaliate against Bryce Phillips on account of the performance of his official duties.

In violation of Title 18, United States Code, Section 115(a)(1)(B).

**A TRUE BILL:**

_____
**FOREPERSON**

**Date: July 17, 2025**

_____
**ROBERT E. McGUIRE**
**ACTING UNITED STATES ATTORNEY**
**MIDDLE DISTRICT OF TENNESSEE**
**Acting Under Authority Conferred by 28 U.S.C. § 515**

_____
**ZACHARY T. HINKLE**
**SPECIAL ATTORNEY**
**Acting Under Authority Conferred by 28 U.S.C. § 515**